FRED W. ALVAREZ, State Bar No. 068115
TROY A VALDEZ, State Bar No. 191478
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
EQUATOR TECHNOLOGIES, INC.

**RECEIVED**
OCT 17 2005

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEDFORD GENE NIDAY,<br><br>Plaintiff,<br><br>v.<br><br>EQUATOR TECHNOLOGIES, INC., a corporation,<br><br>Defendant. | CASE NO.: C04 05095 JW PVT<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned matter be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: October 4, 2005

_____
TEDFORD GENE NIDAY
Plaintiff

1  Dated: October 14, 2005                LAW OFFICES OF RANDALL M. WIDMANN
2
3
4                                          By: _____
                                               Randall M. Widmann
5                                              Attorney for Plaintiff
                                               Tedford Gene Niday
6
7
8  Dated: October 17, 2005                By: _____
                                               EQUATOR TECHNOLOGIES, INC.
9                                              Defendant
10
11 Dated: October 21, 2005                WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
12
13
14                                        By: _____
                                               Troy A. Valdez
15                                             Attorneys for Defendant
                                               Equator Technologies, Inc.
16
17
18
19 IT IS SO ORDERED.
20 DATED: 10/28/05                         SIGNED:

                                           James Ware

STIPULATION OF DISMISSAL         -2-         C:\NrPortbl\PALIB1\LSR\2743398_1.DOC
Case No. C04 05095 JW PVT